| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> Gorski & Knowlton PC <br> By: Carol L. Knowlton, Esquire <br> 311 Whitehorse Ave, Suite A <br> Hamilton, New Jersey 08610 <br> Phone: (609) 964-4000 <br> Fax: (609)528-0721 <br> cknowlton@gorskiknowlton.com <br> Attorneys for Debtor(s) | |
| In Re: <br><br> Risa and Kerry McKenzie <br><br> Debtor(s) | Chapter 11 – Subchapter V <br><br> Case No.   25-18494-ABA <br><br> Judge:   Andrew B. Altenburg, Jr. |

## NOTICE RE TELEPHONIC §341 MEETING

PLEASE TAKE NOTICE that the Chapter 11 §341 creditors meeting is presently scheduled to take place by telephone conference call with the United States Trustee in Newark, New Jersey, on Wednesday, October 1, 2025, at 10:00 a.m.  If you wish to participate in the conference call, please email Debtors' counsel at cknowlton@gorskiknowlton.com no later than 3:00 p.m. on September 30, 2025, and you will receive dial-in instructions.

YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

                                                                    GORSKI & KNOWLTON PC
                                                                    Attorneys for Debtors

                                                                    */s/ Carol L. Knowlton*
                                                            By:_____
                                                                    CAROL L. KNOWLTON

Dated:   September 25, 2025