|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Jeffrey M. Sponder, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Email:  jeffrey.m.sponder@usdoj.gov |
| In Re:<br><br>Risa Nicole McKenzie & Kerry Austin McKenzie,<br><br>Debtors. |

Case No.: 25-18494

Adv. Pro. No.: _____

Chapter: 11

Subchapter V: ☒ Yes ☐ No

Hearing Date: 10/23/2025

Judge: ABA

## ADJOURNMENT REQUEST

1. I, __Jeffrey M. Sponder__,

   ☒ am the attorney for: __the United States Trustee__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Status Conference

   Current hearing date and time: 10/23/25 @ 10:00 a.m.

   New date requested: 11/6/25 @ 10:00 a.m.

   Reason for adjournment request: Shutdown

   _____

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   Carol Knowlton, Debtors' counsel

I certify under penalty of perjury that the foregoing is true.

Date: _____          _____
                                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 11/13/25 @ 10 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2